IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| TERA DONAHUE,<br><br>Plaintiff,<br><br>v.<br><br>JENI'S SPLENDID ICE CREAM LLC,<br><br>Defendant. | Civil Action No. 2:20-cv-02080 |

## STIPULATION FOR DISMISSAL

Plaintiff, TERA DONAHUE, and Defendant, JENI'S SPLENDID ICE CREAMS, LLC (erroneously sued as JENI'S SPLENDID ICE CREAM, LLC), by and through their undersigned counsel, hereby stipulate that:

1. This action shall be DISMISSED, with prejudice, as between all parties, and;

2. Each party shall bear their own costs and fees, including attorneys' fees, incurred in connection with this action.

Dated: July 23, 2020

| | |
|---|---|
| NYE STIRLING, HALE & MILLER, LLP | DENTONS US LLP |
| By:  /s/ Benjamin J. Sweet<br>Benjamin J. Sweet, Esq.<br>ben@nshmlaw.com<br>1145 Bower Hill Road, Ste 104<br>Pittsburgh, PA 15243<br>Phone: (412) 857-5350 | By:  /s/ Julius C. Carter<br>Julius C. Carter<br>julius.carter@dentons.com<br>233 South Wacker Dr., Suite 5900<br>Chicago, Illinois 60606<br>Phone: (312) 876-8000 |
| *Attorneys for Plaintiff* | *Attorneys for Defendant* |

## **CERTIFICATE OF SERVICE**

I, Benjamin J. Sweet, hereby certify that the foregoing document was filed through the ECF system and will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants this 23rd day of July, 2020.

                                                  */s/ Benjamin J. Sweet*
                                                    Benjamin J. Sweet